UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Gold Value International Textile, Inc. d/b/a "Fiesta Fabric," a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> DINAMIT JEANS, INC. d/b/a "Dinamit," a New York Corporation; FASHION OUTLET NYC, a business entity of form unknown; and DOES 1-10, <br><br> Defendants. | Case No. <br><br> **COMPLAINT FOR COPYRIGHT INFRINGEMENT** <br><br> <u>JURY TRIAL DEMANDED</u> |

Plaintiff Gold Value International Textile, Inc. d/b/a "Fiesta Fabric" hereby prays to this honorable Court for relief based on the following:

**JURISDICTION AND VENUE**

1. This action arises under the Copyright Act of 1976, 17 U.S.C. § 101, *et seq*.

2. This Court has federal question jurisdiction under 28 U.S.C. §§ 1331, 1338(a)-(b).

3. Venue in this judicial district is proper under 28 U.S.C. §§ 1391(c) and 1400(a) because this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

**JURISDICTION AND VENUE**

4. This action arises under the Copyright Act of 1976, Title 17 U.S.C., §§ 101 *et seq*.

5. This Court has federal question jurisdiction under 28 U.S.C. §§ 1331 and 1338 (a) and (b).

6. Venue in this judicial district is proper under 28 U.S.C. §§ 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

7. Fiesta is a California corporation.

8. Upon information and belief, Defendant Dinamit Jeans, Inc. d/b/a "Dinamit" is a New York corporation with its principal place of business located at 247 West 46th Street, New York, NY 10036.

9. Upon information and belief, Defendant Fashion Outlet NYC is business entity of form unknown with its principal place of business located at 221 Rutgers Street, Maplewood, NJ 07040, and is doing business in and with Defendant Dinamit and the state of New York. Fashion Outlet owns, operates, and/or controls the online storefront fashionoutletnyc.com (the "Fashion Outlet Website").

10. Upon information and belief, Defendants Does 1-10 are other parties not yet identified who have infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights, or have engaged in one or more of the wrongful acts alleged herein. The true names, whether corporate, individual, or otherwise, of Defendants Does 1-10 are presently unknown to Plaintiff, which therefore sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when the same have been ascertained.

11. Upon information and belief, at all relevant times, each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants, and was at all times acting within the scope of such agency, affiliation, alter-ego relationship, and/or employment; and actively participated in, subsequently ratified, and/or adopted each and all of the acts or conduct alleged, with full knowledge of each and every violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

## DEFENDANTS' UNAUTHORIZED EXPLOITATION OF

## FIESTA'S DESIGN HHX-03731A

12.  Prior to the infringement alleged herein, Fiesta composed an original two-dimensional artwork for purposes of textile printing, identified with the internal design number HHX-03731A (the "Subject Design").

13.  The Subject Design is an original creation of Fiesta and Fiesta's design team, and is, and at all relevant times has been, owned exclusively by Fiesta.

14.  Fiesta holds a U.S. copyright registration covering the Subject Design.

15.  Prior to the infringement alleged herein, Fiesta sampled and sold fabric bearing the Subject Design to numerous parties in the fashion and apparel industries.

16.  Following this distribution of product bearing the Subject Design, Fiesta discovered that, without its authorization, Defendants, and each of them, created, manufactured, caused to be manufactured, distributed, offered for sale, and/or sold garments bearing designs that are substantially and/or strikingly similar to the Subject Design (the "Accused Products"). The Accused Products include garments sold by Fashion Outlet on Fashion Outlet's Website bearing the label "Dinamit" and the SKU DLP-054, and are sold on Fashion Outlet's Website at fashionoutletnyc.com/product/plus-size-tribal-weave-winter-blue-ankle-leggings/.

17.  A representative sample of the Subject Design, and exemplars of the Accused Products, are set forth below:



18. The above comparison of the Subject Design and Accused Products demonstrates that the elements, composition, colors, arrangement, layout, and appearance of the designs at issue are substantially and/or strikingly similar.

## FIRST CLAIM FOR RELIEF

**(For Copyright Infringement – Against All Defendants, and Each)**

19. Plaintiff incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

20. Upon information and belief, Defendants, and each of them, had access to Subject Design, including through (a) access to Plaintiff's showroom and/or design library; (b) access to unauthorized copies of the Subject Design by third-party vendors and/or DOE Defendants, including converters and printing mills; (c) access to Plaintiff's strike-offs and samples; (d) garments manufactured and sold to the public bearing fabric lawfully printed with the Subject Design by Plaintiff for its customers; and/or (e) because the Subject Design and the design on the Accused Products are strikingly similar.

21. Upon information and belief, one or more of the Defendants manufactures garments and/or is a garment vendor; said Defendant(s) has an ongoing business relationship with Defendant retailers, and each of them; and said Defendant(s) supplied garments to said Defendant retailers composed of fabric bearing an unauthorized reproduction of the Subject Design and/or an infringing derivative thereof.

22. Defendants, and each of them, created, manufactured, caused to be manufactured, distributed, offered for sale, and/or sold garments that infringe Plaintiff's copyrights in the Subject Design through a nationwide network of retail stores, catalogues, and websites.

23. Due to Defendants' acts of infringement, Plaintiff has suffered damages in an amount to be established at trial.

24. Due to Defendants' acts of infringement, Defendants, and each of them, have obtained profits they would not have realized but for their infringement. As such, Plaintiff is entitled to disgorgement of Defendant's profits attributable to Defendant's infringement in an amount to be established at trial.

25. Upon information and belief, Defendants, and each of them, committed acts of infringement with actual or constructive knowledge of, and/or reckless disregard or willful blindness for, Plaintiff's rights in the Subject Design, such that said acts were willful.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

a. That Defendants, their agents, and/or anyone else working in concert with Defendants and their agents, be enjoined from infringing Plaintiff's copyrights in any manner;

b. That Plaintiff be awarded all Defendants' profits, plus all Plaintiff's losses, attributable to Defendants' infringement, the exact sum to be proven at the time of trial; or alternatively, if elected, statutory damages as available under 17 U.S.C. § 504;

c. That Plaintiff be awarded its fees as available under 17 U.S.C. § 505;

d. That Plaintiff be awarded pre-judgment interest as allowed by law;

e. That Plaintiff be awarded the costs of this action; and

f. That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Respectfully submitted,

Dated: September 10, 2025   By:   */s/ David M.S. Jenkins*

David Michael Stuart Jenkins, Esq.
DONIGER / BURROUGHS
247 Water Street, First Floor
New York, New York 10038
Telephone: (310) 590-1820
djenkins@donigerlawfirm.com
*Attorneys for Plaintiff*