

Attorneys admitted in
California, New York,
Texas, Colorado, and
Illinois

Sender's contact:
djenkins@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

November 3, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/2025

**DELIVERED VIA ECF**
The Honorable Colleen McMahon
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Case Title:   *Gold Value International Textile, Inc. v. Dinamit Jeans, Inc.*
              **1:25-cv-07543-CM**

Re:           **Request to Adjourn Conference**

Your Honor:

This office represents Plaintiff Gold Value International Textile, Inc. d/b/a "Fiesta" ("Fiesta") in the above-referenced matter. We write to respectfully request that the Initial Pre Trial Conference scheduled for November 6, 2025, be adjourned until December 11, 2025, or a date thereafter convenient to the Court.

Good cause exists for this request, as Fiesta has not been able to establish any contact with either of the named Defendants in this action. Fiesta served Defendant Dinamit Jeans on September 17, 2025, and filed proof of service of same on September 22, 2025 (Dkt. No. 8). Despite this, Dinamit Jeans has not appeared in this matter or responded to any attempts at contact by Fiesta or its counsel. Similarly, Fiesta has received no response from Defendant Fashion Outlets despite attempts at service at its publicly listed address and outreach to its publicly listed email address. As such, Fiesta has had no opportunity to confer with either defendant in advance of the IPTC nor does it anticipate that either defendant will appear at said conference.

In light of the foregoing, Plaintiff respectfully requests that the IPTC in this matter be adjourned to December 11, 2025, or a date thereafter convenient to the Court, to allow Fiesta time to make further efforts to contact Defendants, potentially seek default against Dinamit if it continues to not respond, and seek leave to serve Fashion Outlet by alternative means if conventional means of service continue to prove ineffective. Fiesta is unable to advise as to Defendants' position on this request as they are non-responsive. This is Fiesta's first request of this nature. We thank the Court for its attention to this matter.

*Conference adjourned to
1/8/2026 at 10:00 AM*

Respectfully submitted,

By:   */s/ David Michael Stuart Jenkins*
      David Michael Stuart Jenkins, Esq.
      DONIGER / BURROUGHS
      For the Plaintiff

**SO ORDERED.**

Dated: 11/3, 2025
New York, New York

By: _____
    Honorable Colleen McMahon
    United States District Judge

